# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA N. WILLIAMS, ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-01159-JCM-NJK |
| vs. ) | RECUSAL ORDER |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant(s). ) | |

This matter was assigned to the undersigned Magistrate Judge on July 2, 2013. With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings

DATED: July 30, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge