**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DIANA N. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, *Commissioner of Social Security,*<br><br>　　　　　　Defendant. | 2:13-cv-01159-JAD-VCF<br><br>**REPORT AND RECOMMENDATION** |

This matter involves Plaintiff Diana N. Williams's appeal from Defendant Carolyn W. Colvin's final decision denying Williams social security benefits.

On September 18, 2013, the Court entered the Order Concerning Review of Social Security Cases, which set October 18, 2013 as the deadline to file a motion for remand and/or motion for reversal. (#9). To date, a motion for remand and/or motion for reversal has not been filed.

Paragraph 11 of the Order Concerning Review (#9) states, "[f]ailure of a party to file a motion or points and authorities required by this Order may result in dismissal of the action or reversal of the decision of the SSA." *Id.*

**RECOMMENDATION**

Plaintiff has failed to comply with the Order Concerning Review of Social Security Cases (#9). A motion for remand and/or motion for reversal has not been filed, the undersigned U.S. Magistrate Judge recommends that *Diana N. Williams v. Carolyn W. Colvin*, case no. 2:13-cv-01159-JAD-VCF be dismissed.

DATED this 14th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE