UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Diana N. Williams,<br><br>    Plaintiff<br><br>    v.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:13-cv-01159-JAD-VCF<br><br>**Order Adopting Report and Recommendation [Doc. 10] and Dismissing without Prejudice** |

    Before the Court is Magistrate Judge Cam Ferenbach's Report and Recommendation regarding Plaintiff's failure to file either a motion or points and authorities by the October 18, 2013, deadline for filing a motion for remand or reversal. Doc. 9; Doc. 10. The Report was entered January 14, 2014. Doc. 10. Objections were due January 31, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections to the Report and Recommendation.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[Doc. 10]** is adopted in its entirety;

It is further ORDERED that this action is **DISMISSED** without prejudice.

DATED February 3, 2014.

_____
Jennifer A. Dorsey
United States District Judge